■ WEBB PROPERTY OWNERS ASSOCIATION et al., Appellants, v WILLIAM WINSLOW, as Assessor of the Town of Webb, Respondent.—Judgment unanimously affirmed without costs for the reasons stated in the memorandum decision at Special Term, O'Donnell, J. (Appeal from judgment of Supreme Court, Herkimer County, O'Donnell, J.—art 78.) Present—Dillon, P. J., Boomer, Green, Pine and Davis, JJ.